UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JODI M. NICHOLS,<br><br>    Defendant. | CRIMINAL NO. 7:25-26-KKC-EBA-1<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. (R. 16.) After conducting those proceedings, Judge Stinnett filed a recommendation (R. 20) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Count 1, the sole count of the indictment (R. 1). No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 20) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of Count 1 of the indictment (R. 1).

This 17th day of November, 2025.



Signed By:
*Karen K. Caldwell*
**United States District Judge**